UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA

# Civil Cover Sheet

This automated JS-44 conforms generally to the manual JS-44 approved by the Judicial Conference of the United States in September 1974. The data is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. The information contained herein neither replaces nor supplements the filing and service of pleadings or other papers as required by law. This form is authorized for use only in the District of Arizona.

**The completed cover sheet must be printed directly to PDF and filed as an attachment to the Complaint or Notice of Removal.**

---

**Plaintiff**(s): NEXA Mortgage LLC

**Defendant**(s): Smart Mortgage Centers, Inc. ; Wilton A. Person

County of Residence: Maricopa

County of Residence: Outside the State of Arizona

County Where Claim For Relief Arose: Outside the State of Arizona

Plaintiff's Atty(s):

**Jeffrey Matura** ( NEXA Mortgage LLC )
Barrett & Matura, P.C.
8925 E. Pima Center Parkway, Suite 215
Scottsdale, Arizona  85258
602-792-5705

Defendant's Atty(s):

**Donald Wilson, Jr.** (Wilton A. Person )
Broening Oberg Woods & Wilson, P.C.
2800 N. Central Avenue, Suite 1600
Phoenix, Arizona  85004
602-271-7700

**John J. Daller** ( NEXA Mortgage LLC )
Barrett & Matura, P.C.
8925 E. Pima Center Parkway, Suite 215
Scottsdale, Arizona  85258
602-792-5705

**Brian Holohan** (Wilton A. Person )
Broening Oberg Woods & Wilson, P.C.
2800 N. Central Avenue, Suite 1600
Phoenix, Arizona  85004
602-271-7700

---

REMOVAL FROM MARICOPA COUNTY, CASE #CV2022-016898

II. Basis of Jurisdiction:        4. Diversity (complete item III)

III. Citizenship of Principal Parties (Diversity Cases Only)
   Plaintiff:- 4 AZ corp or Principal place of Bus. in AZ
   Defendant:- 2 Citizen of Another State

IV. Origin :            2. Removed From State Court

V. Nature of Suit:        360 Other Personal Injury

VI. Cause of Action: **Plaintiff has filed state law tort claims which are removable pursuant to 28 USC §§1332(a) and 1441(b)**

VII. Requested in Complaint

    Class Action: **No**
    Dollar Demand: **$5,000,000+**
    Jury Demand: **No**

VIII. This case **is not related** to another case.

---

**Signature:** **Donald Wilson, Jr.**

    **Date:** **3/8/2023**

**If any of this information is incorrect, please go back to the Civil Cover Sheet Input form using the *Back* button in your browser and change it. Once correct, save this form as a PDF and include it as an attachment to your case opening documents.**

**Revised: 01/2014**