LAW OFFICES
BROENING OBERG WOODS & WILSON
PROFESSIONAL CORPORATION
2800 North Central Avenue, Suite 1600
PHOENIX, ARIZONA 85004
(602) 271-7700
DONALD WILSON JR. (005205)
BRIAN HOLOHAN (009124)
DWJ@BOWWLAW.COM
BH@BOWWLAW.COM

Attorneys for Defendant Wilton Person

# IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| Nexa Mortgage, LLC, an Arizona limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>Smart Mortgage Centers, Inc., an Illinois for-profit corporation; and Wilton A. Person,<br><br>Defendants. | No. _____<br><br>**VERIFICATION PURSUANT TO LOCAL RULE 3.6(b)** |

Undersigned Counsel verifies that the attached documents are true and correct copies of all pleadings and other documents filed in the Maricopa County Superior Court proceeding prior to Defendant Wilton Person's filing of this Notice of Removal.

Dated 8th day of March, 2023.

BROENING, OBERG, WOODS & WILSON, P.C.

By /s/ Donald Wilson, Jr.
Donald Wilson, Jr.
Brian Holohan
Attorneys for Defendant Person

# CERTIFICATE OF ELECTRONIC FILING AND SERVICE

I hereby certify that on March 8, 2023, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing, and via Email, to the CM/ECF registrants:

Jeffrey C. Matura, State Bar No. 019893
John J. Daller, State Bar No. 034016
**BARRETT & MATURA, P.C.**
8925 East Pima Center Parkway, Suite 215
Scottsdale, Arizona 85258

By  /s/ Karleen Johnston