# EXHIBIT 1



Select Language

Powered by Google Translate

# Civil Court Case Information - Case History

## Case Information
Case Number: CV2022-016898        Judge: McCoy, M. Scott
File Date: 12/21/2022              Location: Downtown
Case Type: Civil

## Party Information

| Party Name | Relationship | Sex | Attorney |
|---|---|---|---|
| N E X A Mortgage L L C | Plaintiff | | Jeffrey Matura |
| Smart Mortgage Centers Inc | Defendant | | Pro Per |
| Wilton A Person | Defendant | Male | Pro Per |

## Case Documents

| Filing Date | Description | Docket Date | Filing Party |
|---|---|---|---|
| 2/17/2023 | AFS - Affidavit Of Service | 2/22/2023 | |

**NOTE:** WILTON A PERSON

| | | | |
|---|---|---|---|
| 2/7/2023 | AFS - Affidavit Of Service | 2/10/2023 | |

**NOTE:** Certificate of Service BY PRIVATE PROCESS SERVERE / Wilton A Person

| | | | |
|---|---|---|---|
| 12/21/2022 | COM - Complaint | 12/22/2022 | |

**NOTE:** Complaint

| | | | |
|---|---|---|---|
| 12/21/2022 | CSH - Coversheet | 12/22/2022 | |

**NOTE:** Civil Cover Sheet

| | | | |
|---|---|---|---|
| 12/21/2022 | CCN - Cert Arbitration - Not Subject | 12/22/2022 | |

**NOTE:** Certificate Of Compulsory Arbitration - Is Not Subject To

| | | | |
|---|---|---|---|
| 12/21/2022 | SUM - Summons | 12/22/2022 | |

**NOTE:** Summons

| | | | |
|---|---|---|---|
| 12/21/2022 | SUM - Summons | 12/22/2022 | |

**NOTE:** Summons

## Case Calendar
There are no calendar events on file

## Judgments
There are no judgments on file