EXHIBIT 2a

Clerk of the Superior Court
*** Electronically Filed ***
T. Formosa, Deputy
12/21/2022 10:50:16 AM
Filing ID 15297319

Person/Attorney Filing: Jeffrey Matura
Mailing Address: 8925 East Pima Center Parkway, Suite 215
City, State, Zip Code: Scottsdale, AZ 85258
Phone Number: (602)792-5705
E-Mail Address: jmatura@barrettmatura.com
[ ] Representing Self, Without an Attorney
(If Attorney) State Bar Number: 019893, Issuing State: AZ

IN THE SUPERIOR COURT OF THE STATE OF ARIZONA
IN AND FOR THE COUNTY OF MARICOPA

| | |
|---|---|
| NEXA Mortgage LLC<br>Plaintiff(s),<br>v.<br>Smart Mortgage Centers, Inc., et al.<br>Defendant(s). | Case No. **CV2022-016898**<br><br>**SUMMONS** |

To: Smart Mortgage Centers, Inc.

**WARNING: THIS AN OFFICIAL DOCUMENT FROM THE COURT THAT AFFECTS YOUR RIGHTS. READ THIS SUMMONS CAREFULLY. IF YOU DO NOT UNDERSTAND IT, CONTACT AN ATTORNEY FOR LEGAL ADVICE.**

1. A lawsuit has been filed against you. A copy of the lawsuit and other court papers were served on you with this Summons.

2. If you do not want a judgment taken against you without your input, you must file an Answer in writing with the Court, and you must pay the required filing fee. To file your Answer, take or send the papers to Clerk of the Superior Court, 201 W. Jefferson, Phoenix, Arizona 85003 or electronically file your Answer through one of Arizona's approved electronic filing systems at http://www.azcourts.gov/efilinginformation.
Mail a copy of the Answer to the other party, the Plaintiff, at the address listed on the top of this Summons.
Note: If you do not file electronically you will not have electronic access to the documents in this case.

3. If this Summons and the other court papers were served on you within the State of Arizona, your Answer must be filed within TWENTY (20) CALENDAR DAYS from the date of service, not counting the day of service. If this Summons and the other court papers were served on you outside the State of Arizona, your Answer must be filed within THIRTY (30) CALENDAR DAYS from the date of service, not counting the day of service.

AZturboCourt.gov Form Set #7510402

Requests for reasonable accommodation for persons with disabilities must be made to the court by parties at least 3 working days in advance of a scheduled court proceeding.

GIVEN under my hand and the Seal of the Superior Court of the State of Arizona in and for the County of MARICOPA

SIGNED AND SEALED this Date: *December 21, 2022*

*JEFF FINE*
Clerk of Superior Court

By: *TREVER FORMOSA*
Deputy Clerk

Requests for an interpreter for persons with limited English proficiency must be made to the division assigned to the case by the party needing the interpreter and/or translator or his/her counsel at least ten (10) judicial days in advance of a scheduled court proceeding.

If you would like legal advice from a lawyer, contact Lawyer Referral Service at 602-257-4434 or https://maricopabar.org. Sponsored by the Maricopa County Bar Association.

AZturboCourt.gov Form Set #7510402

Clerk of the Superior Court
*** Electronically Filed ***
T. Formosa, Deputy
12/21/2022 10:50:16 AM
Filing ID 15297320

Person/Attorney Filing: Jeffrey Matura
Mailing Address: 8925 East Pima Center Parkway, Suite 215
City, State, Zip Code: Scottsdale, AZ 85258
Phone Number: (602)792-5705
E-Mail Address: jmatura@barrettmatura.com
[ ] Representing Self, Without an Attorney
(If Attorney) State Bar Number: 019893, Issuing State: AZ

IN THE SUPERIOR COURT OF THE STATE OF ARIZONA
IN AND FOR THE COUNTY OF MARICOPA

NEXA Mortgage LLC
Plaintiff(s),
v.
Smart Mortgage Centers, Inc., et al.
Defendant(s).

Case No. **CV2022-016898**

**SUMMONS**

To: Wilton A. Person

**WARNING: THIS AN OFFICIAL DOCUMENT FROM THE COURT THAT AFFECTS YOUR RIGHTS. READ THIS SUMMONS CAREFULLY. IF YOU DO NOT UNDERSTAND IT, CONTACT AN ATTORNEY FOR LEGAL ADVICE.**

1. A lawsuit has been filed against you. A copy of the lawsuit and other court papers were served on you with this Summons.

2. If you do not want a judgment taken against you without your input, you must file an Answer in writing with the Court, and you must pay the required filing fee. To file your Answer, take or send the papers to Clerk of the Superior Court, 201 W. Jefferson, Phoenix, Arizona 85003 or electronically file your Answer through one of Arizona's approved electronic filing systems at http://www.azcourts.gov/efilinginformation. Mail a copy of the Answer to the other party, the Plaintiff, at the address listed on the top of this Summons.
   Note: If you do not file electronically you will not have electronic access to the documents in this case.

3. If this Summons and the other court papers were served on you within the State of Arizona, your Answer must be filed within TWENTY (20) CALENDAR DAYS from the date of service, not counting the day of service. If this Summons and the other court papers were served on you outside the State of Arizona, your Answer must be filed within THIRTY (30) CALENDAR DAYS from the date of service, not counting the day of service.

AZturboCourt.gov Form Set #7510402

Requests for reasonable accommodation for persons with disabilities must be made to the court by parties at least 3 working days in advance of a scheduled court proceeding.

GIVEN under my hand and the Seal of the Superior Court of the State of Arizona in and for the County of MARICOPA

SIGNED AND SEALED this Date: *December 21, 2022*

*JEFF FINE*
Clerk of Superior Court

By: *TREVER FORMOSA*
Deputy Clerk




Requests for an interpreter for persons with limited English proficiency must be made to the division assigned to the case by the party needing the interpreter and/or translator or his/her counsel at least ten (10) judicial days in advance of a scheduled court proceeding.

If you would like legal advice from a lawyer, contact Lawyer Referral Service at 602-257-4434 or https://maricopabar.org. Sponsored by the Maricopa County Bar Association.

AZturboCourt.gov Form Set #7510402

Clerk of the Superior Court
*** Electronically Filed ***
T. Formosa, Deputy
12/21/2022 10:50:16 AM
Filing ID 15297318

Person/Attorney Filing: Jeffrey Matura
Mailing Address: 8925 East Pima Center Parkway, Suite 215
City, State, Zip Code: Scottsdale, AZ 85258
Phone Number: (602)792-5705
E-Mail Address: jmatura@barrettmatura.com
[ ☐ ] Representing Self, Without an Attorney
(If Attorney) State Bar Number: 019893, Issuing State: AZ

IN THE SUPERIOR COURT OF THE STATE OF ARIZONA
IN AND FOR THE COUNTY OF MARICOPA

NEXA Mortgage LLC
Plaintiff(s),
v.
Smart Mortgage Centers, Inc., et al.
Defendant(s).

Case No. **CV2022-016898**

**CERTIFICATE OF COMPULSORY ARBITRATION**

I certify that I am aware of the dollar limits and any other limitations set forth by the Local Rules of Practice for the Maricopa County Superior Court, and I further certify that this case IS NOT subject to compulsory arbitration, as provided by Rules 72 through 77 of the Arizona Rules of Civil Procedure.

RESPECTFULLY SUBMITTED this

By: Jeffrey Matura /s/
Plaintiff/Attorney for Plaintiff

AZturboCourt.gov Form Set #7510402

# In the Superior Court of the State of Arizona
# In and For the County of Maricopa

Clerk of the Superior Court
*** Electronically Filed ***
T. Formosa, Deputy
12/21/2022 10:50:16 AM
Filing ID 15297317

CV2022-016898

**Plaintiff's Attorneys:**

Jeffrey Matura - Primary Attorney
Bar Number: 019893, issuing State: AZ
Law Firm: Barrett & Matura, P.C.
8925 East Pima Center Parkway, Suite 215
Scottsdale, AZ 85258
Telephone Number: (602)792-5705
Email address: jmatura@barrettmatura.com

John J. Daller
Bar Number: 034016, issuing State: AZ
Law Firm: Barrett & Matura, P.C.
Telephone Number: (602)792-5705

**Plaintiff:**

NEXA Mortgage LLC

**Defendants:**

Smart Mortgage Centers, Inc.

Wilton A. Person

Discovery Tier t3

Case Category: Other Civil Case Categories
Case Subcategory: Commercial Dispute

Commercial Court: Yes

AZTurboCourt.gov Form Set #7510402