# EXHIBIT 2c

Clerk of the Superior Court
*** Electronically Filed ***
Y. Moralez, Deputy
2/7/2023 1:22:47 PM
Filing ID 15507876

## Liddy³ Legal Support Services

PO Box 2007, Phoenix, AZ 85001
63 E. Pennington St., #102, Tucson, AZ 85702
2700 Woodlands Village Blvd., #300-420, Flagstaff, AZ 86001
Phoenix 602-297-0676, Tucson 520-628-2824, Flagstaff 928-225-7737

Client Matter 5580-4
Account # 0785
Invoice #
Liddy # 423315-1

### IN THE SUPERIOR COURT OF THE STATE OF ARIZONA
### IN AND FOR THE COUNTY OF MARICOPA

NEXA MORTGAGE, LLC.,

Plaintiff(s) / Petitioner(s),

vs

SMART MORTGAGE CENTERS, INC.,

Defendant(s) / Respondent(s).

**CERTIFICATE OF SERVICE
BY PRIVATE PROCESS SERVER**
Case No. CV2022-016898

**ENTITY/PERSON TO BE SERVED:** Wilton A. Person

**PLACE OF SERVICE:** 100 W. Jefferson St., Courtroom WCCC 903, Joliet, IL 60432

**DATE OF SERVICE:** On the 7th day of February, 2023 at 8:55 AM County Will

[X] PERSONAL SERVICE   [ ] Left a copy with a person authorized to accept service.   [ ] At this usual place of abode, I left a copy with a person of suitable age and discretion residing therein.

**Name of Person Served and Relationship/Title** — Personally Served Wilton A. Person, who is described as Black, Male, 40 y/o, 6'5", 190 lbs, no glasses.

on 1/27/2023 we received the following documents for service:
Summons | Complaint | Certificate of Compulsory Arbitration | Civil Cover Sheet

Received from BARRETT & MATURA, PC, ( JEFFREY C. MATURA #019893 )

PROCESS SERVER: Steve Rozhon #117-001119

The undersigned states: That I am a certified private process server in the county of Will, State of Illinois.

SIGNATURE OF PROCESS SERVER: _/s/ Steve L. Rozhon_   Date: 2-7-23

Tax ID# 90-0533870
I declare under penalty of perjury that the foregoing is true and correct and was executed on this date.

## Liddy Legal Support Services

PO Box 2007, Phoenix, AZ 85001
63 E. Pennington St., #102, Tucson, AZ 85702
2700 Woodlands Village Blvd., #300-420, Flagstaff, AZ 86001
Phoenix 602-297-0676, Tucson 520-628-2824; Flagstaff 928-225-7737

Client Matter   5580-4
Account         # 0785
Invoice         #
Liddy           # 423315-1

**IN THE SUPERIOR COURT OF THE STATE OF ARIZONA**
**IN AND FOR THE COUNTY OF MARICOPA**

NEXA MORTGAGE, LLC.,

        Plaintiff(s) / Petitioner(s),

vs

SMART MORTGAGE CENTERS, INC.,

        Defendant(s) / Respondent(s).

**CERTIFICATE OF SERVICE**
**BY PRIVATE PROCESS SERVER**
Case No. CV2022-016898

**ENTITY/PERSON TO BE SERVED:** Wilton A. Person

**PLACE OF SERVICE:** 100 W. Jefferson St., Courtroom WCCC 903, Joliet, IL 60432

**DATE OF SERVICE:** On the 7th day of February, 2023 at 8:55 AM  County Will

[X] PERSONAL SERVICE  [ ] Left a copy with a person authorized to accept service,  [ ] At this usual place of abode, I left a copy with a person of suitable age and discretion residing therein.

**Name of Person Served and Relationship/Title**   Personally Served Wilton A. Person, who is described as Black, Male, 40 y/o, 6'5", 190 lbs, no glasses.

on 1/27/2023 we received the following documents for service:
Summons | Complaint | Certificate of Compulsory Arbitration | Civil Cover Sheet

Received from BARRETT & MATURA, PC, ( JEFFREY C. MATURA #019893 )

PROCESS SERVER: Steve Rozhon #117-001119

The undersigned states: That I am a certified private process server in the county of Will, State of Illinois.

SIGNATURE OF PROCESS SERVER: _Steve L. Rozhon_    Date: 2-7-23

Tax ID# 90-0533870
I declare under penalty of perjury that the foregoing is true and correct and was executed on this date.