LAW OFFICES
BROENING OBERG WOODS & WILSON
PROFESSIONAL CORPORATION
2800 North Central Avenue, Suite 1600
PHOENIX, ARIZONA  85004
(602) 271-7700
DONALD WILSON JR. (005205)
BRIAN HOLOHAN (009124)
DWJ@BOWWLAW.COM
BH@BOWWLAW.COM

Attorneys for Defendant Wilton Person

**IN THE UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| Nexa Mortgage, LLC, an Arizona limited liability company,<br><br>            Plaintiff,<br>v.<br><br>Smart Mortgage Centers, Inc., an Illinois for-profit corporation; and Wilton A. Person,<br>            Defendants. | CASE NO. 2:23-cv-00410-SPL<br><br>**DECLARATION OF WILTON A. PERSON IN SUPPORT OF MOTION TO DISMISS** |

Pursuant to 28 U.S.C. §1746, Wilton A. Person declares:

1. I am over 18 years of age. I would, if called, testify to the facts set forth herein based upon first-hand knowledge.

2. I am a citizen of the State of Illinois. I have been an Illinois resident continuously from 2003 to the present. I have an Illinois driver's license, am registered to vote in Illinois and file Illinois state tax returns. Illinois is also my domicile. I have no present intention to move from Illinois.

3. I am not now, and never have been, an Arizona citizen. I own no real property in Arizona. I have never even been to Arizona.

4. I am a member of the Illinois Bar. I became a member in 2006. I am not now, and never have been, a member of the Arizona Bar.

5. I attended law school at Northern Illinois University.

6. The Complaint alleges that I represented the co-Defendant Smart Mortgage. I know from working with Smart Mortgage (which the Illinois Secretary of State's records document is incorporated in Illinois) that its principal place of business is Illinois. Although Smart Mortgage is authorized to transact business in Arizona, I have never provided legal services to Smart Mortgage in connection with any of its Arizona activities.

7. The Complaint also alleges that a series of lawsuits I commenced on Smart Mortgage's behalf are wrongful. Nevertheless, the Complaint also specifically alleges that the four lawsuits at issue in the Complaint were filed in Illinois. See ¶¶17, 20, 38 and 44. I commenced all four of the lawsuits in Illinois because the conduct alleged in each action to be wrongful occurred in Illinois. Moreover, the employment agreement at issue in three of the actions had a choice of law provision that provided Illinois governed. I have not represented Smart Mortgage in litigation in Arizona.

8. By filing Smart Mortgage's lawsuits in Illinois, I was not intending to target Arizona. I was not trying to purposefully avail myself, or my client, of the privilege of transacting business in Arizona. Indeed, the fact Plaintiff is an Arizona citizen was irrelevant to the decision to sue or the decision where to sue.

Executed on *March 6, 2023*

*Wilton A. Person*
Wilton A. Person