Jeffrey C. Matura, State Bar No. 019893
John J. Daller, State Bar No. 034016
**BARRETT & MATURA, P.C.**
8925 East Pima Center Parkway, Suite 215
Scottsdale, Arizona 85258
Tel: (602) 792-5705
Fax: (602) 792-5710
jmatura@barrettmatura.com
jdaller@barrettmatura.com
Attorneys for Plaintiff NEXA Mortgage, LLC

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| NEXA MORTGAGE, LLC, an Arizona limited liability company,<br><br>　　　　　　Plaintiff,<br>v.<br><br>SMART MORTGAGE CENTERS, INC., an Illinois for-profit corporation; and WILTON A. PERSON,<br><br>　　　　　　Defendants. | Case No. 2:23-cv-00410-SPL<br><br>**MOTION FOR EXTENSION OF TIME TO SERVE DEFENDANT SMART MORTGAGE CENTERS, INC.**<br><br>**(FIRST REQUEST)**<br><br>The Hon. Steven P. Logan |

　　　　Pursuant to Fed. R. Civ. P. Rule 4(m), L.R. Civ. 7.3, and this Court's Preliminary Order filed March 9, 2023 [Dkt. 5], Plaintiff NEXA Mortgage, LLC ("NEXA") moves this Court for an Order extending NEXA's time to serve Defendant Smart Mortgage Centers, Inc ("SMC") with the Complaint in this matter for an additional thirty (30) days, up to and including April 20, 2023.  NEXA has made good faith attempts to effect service, and this motion is NEXA's first request for an extension of time.  A proposed Order is submitted concurrently with this motion for the Court's review and consideration.

　　　　The Complaint in this matter was filed on December 21, 2022, in the Superior Court of Arizona, Maricopa County [Dkt. 1-6].  Pursuant to Fed. R. Civ. P. Rule 4(m) and

Preliminary Order [Dkt. 5], the current deadline to serve SMC is March 21, 2023.

Rule 4(m) states that if a defendant is not timely served within 90 days after filing of the complaint, the court "on motion or on its own after notice to the plaintiff" must either dismiss the action without prejudice or "order that service be made within a specified time." In addition, upon a showing of good cause for the failure to serve, "the court must extend the time for service for an appropriate period." The Rule "explicitly provides that the court shall allow additional time if there is good cause for the plaintiff's failure to effect service in the prescribed 120 [now 90] days, and authorizes the court to relieve a plaintiff of the consequences…even if there is no good cause shown." *See* Fed. R. Civ. Proc. 4(m), Advisory Comm. Notes (1993).

NEXA has worked diligently to serve Defendants Wilton A. Person ("Person")[1] and SMC. Person was served on February 7, 2023. NEXA first attempted to serve SMC at the Arizona address identified on the Arizona Corporation Commission website for the statutory agent of SMC, Owen Weddell ("Weddell"): 7137 E. Rancho Vista Drive Suite B05, Scottsdale, AZ 85251. *See* 1/27/2023 Affidavit of Attempted Service, attached as **Exhibit A** (declaring service was attempted at this address on 1/11/2023, 1/13/2023, 1/16/2023, 1/18/2023, and 1/19/2023). The process server notes state that this address appeared to be for another company called "Arizona Mortgage RI" and no statutory agent was present. *Id*.

NEXA then attempted service on Weddell at the Arizona address listed as an office location on SMC's website: 4200 N Miller Rd #526, Scottsdale, AZ 85251. *See*

---

[1] Person was served on February 7, 2023.

https://www.smartmortgagecentersinc.com/owen (last accessed March 15, 2023). This attempt was unsuccessful, and the process server noted that this address is a retirement home and was told by staff that Weddell is not a current tenant. *See* 1/27/2023 Affidavit of Attempted Service, **Exhibit A**. The process server called and spoke with Weddell, who stated he is currently living in Illinois and provided Smart Mortgage's corporate headquarters address to the process server: 16151 S. Lincoln Highway, Plainfield, Illinois 60586. *Id*.

NEXA therefore attempted to serve SMC at its corporate headquarters address of 16151 S. Lincoln Highway, Plainfield, Illinois 60586. *See* 2/16/2023 Affidavit of Attempted Service, attached as Exhibit B (declaring service was attempted at this address on 2/1/2023, 2/3/2023, 2/7/2023, and 2/14/2023). The process server noted that the door was locked, no one answered the door or office phone line, and there were no employees nor cars in the parking lot. *Id*. When the first attempt was made on February 1, an individual identifying themselves as "Kelly" answered the Ring Doorbell, stated that Weddell "was not around to accept the documents today" and suggested the process server come back on February 3 at 12:00pm to meet Weddell. *Id*. On February 3, and on three separate dates thereafter at different times of day, no one answered the door or appeared to be at the office, the door was locked, and there were no cars in the parking lot. *Id*.

NEXA then attempted to serve SMC through its registered agent in Illinois, Richard Birk ("Birk"), at the residential address listed for Birk as registered agent on the Illinois Secretary of State website. Service was attempted a total of seven times with two different process server companies, without success. *See* 3/9/2023 Certificate of Non-Service

3

(declaring service was attempted at this address 2/23/2023, 2/26/2023, 03/01/2023, 03/04/2023, and 03/08/2023), attached as **Exhibit C**; *see also* Job Status Sheet for Job # 8511285, attached as **Exhibit D** (declaring service was attempted at this address 3/8/2023, 3/9/2023, 3/11/2023, 3/12/2023, and 3/14/2023).

Pursuant to 805 ILCS § 5/5.25, NEXA is serving SMC through the Illinois Secretary of State, as the authorized agent thereunder to accept service for a corporation authorized to transact business in Illinois when the "corporation's registered agent cannot with reasonable diligence be found at the registered office in this State[.]"  805 ILCS § 5/5.25(b)(2).  NEXA sent the required documents, including the removal papers and this Court's Preliminary Order [Dkt. 5] on March 13, 2023, and received notification that the documents arrived on March 14, 2023.  The clerk for the Illinois Secretary of State's office advised that it may take up to 10 days for the Secretary of State to process the filing and send back confirmation.  After such confirmation is received, NEXA will then need to send the confirmation and service package to SMC via certified or registered mail at the last registered office shown on the Illinois Secretary of State website: 16151 S. Lincoln Highway, Plainfield, Illinois 60586.  805 ILCS § 5/5.25(c)(2).  NEXA will promptly serve SMC as soon as it receives confirmation from the Illinois Secretary of State and anticipates service will be accomplished within thirty (30) days.

This Court has the discretion to grant this request for an extension of time in order to serve SMC.  NEXA has made good faith attempts to serve SMC and has been unable to effect service due to what the circumstances of the service attempts suggest to be SMC's concerted efforts to avoid service.

For the foregoing reasons, NEXA moves this Court for an Order allowing it an additional thirty (30) days in which to serve the Complaint on SMC, until April 20, 2023.

DATED March 15, 2023.

BARRETT & MATURA, P.C.

By: /s/ *Jeffrey C. Matura*
Jeffrey C. Matura
John J. Daller
8925 East Pima Center Parkway
Suite 215
Scottsdale, Arizona 85258
Attorneys for Plaintiff NEXA Mortgage, LLC

**CERTIFICATE OF SERVICE**

I hereby certify that on March 15, 2023, I electronically transmitted the foregoing document to the Clerk's Office using the CM/ECF system for filing and electronically mailed copies to the following parties:

Donald Wilson Jr.
Brian Holohan
Broenig Oberg Woods & Wilson
2800 North Central Avenue, Suite 1600
Phoenix, Arizona 85004
dwj@bowwlaw.com
bh@bowwlaw.com

*Attorneys for Defendant Wilton Person*

/s/ *Holly A. McGee*
Holly A. McGee