# **EXHIBIT A**

# Liddy Legal Support Services

PO Box 2007, Phoenix, AZ 85001
63 E. Pennington St., #102, Tucson, AZ 85702
2700 Woodlands Village Blvd., #300-420, Flagstaff, AZ 86001
Phoenix 602-297-0676, Tucson 520-628-2824, Flagstaff 928-225-7737

Client Matter   5580-4
Account         # 0785
Invoice         # 58034
Liddy           # 422008-1

## IN THE SUPERIOR COURT OF THE STATE OF ARIZONA
## IN AND FOR THE COUNTY OF MARICOPA

NEXA MORTGAGE, LLC.,

        Plaintiff(s) / Petitioner(s),

vs

SMART MORTGAGE CENTERS, INC., et al.,

        Defendant(s) / Respondent(s).

**AFFIDAVIT OF ATTEMPTED SERVICE BY PRIVATE PROCESS SERVER**
Case No. CV2022-016898

STATE OF ARIZONA, County of Maricopa

On 1/10/23 I received a Summons; Complaint; Certificate of Compulsory Arbitration; and Civil Cover Sheet, and in each instance I personally attempted to serve a copy of each document listed on those named below in the manner and at the time and place shown, that all attempts, except where noted, were made within Maricopa County, Arizona.

Upon SMART MORTGAGE CENTERS, INC., c/o OWEN WEDDELL, STATUTORY AGENT at 7137 E. Rancho Vista Dr., Suite B05, Scottsdale, AZ 85251; on 1/11/23 at 10:53am, Secured Entry, no access. I waited for 15 minutes, no one entered or exited; on 1/13/23 at 7:28pm, No access to the unit. I waited 30 minutes. No one entered or exited; on 1/16/23 at 9:40am, No access to the unit. I waited for 15 minutes. No one entered or exited; on 1/18/23 at 4:10pm, There is no one inside the Suite. The name on the door is Arizona Mortgage RI; on 1/19/23 at 10:47am, The office door is locked, no answer at the door, no one visible inside.

At 4200 N. Miller Rd., #526, Scottsdale, AZ 85251; on 1/25/23 at 1:51pm, This is a retirement home, Owen Weddell is not a current tenant, per staff. I called and spoke to Mr. Weddell, he stated he is currently living in Illinois. He gave me the address of Smart Mortgage's corporate headquarters: 16151 S. Lincoln Hwy., Plainfield, IL 60586. Service on hold pending further instructions.

Received from BARRETT & MATURA, PC, ( JEFFREY C. MATURA #019893 )
PROCESS SERVER:  Corey W. Davis, #8362

The undersigned states: That I am a certified private process server in the county of Maricopa and am an Officer of the Court. I declare under penalty of perjury that the foregoing is true and correct and was executed on this date.

SIGNATURE OF PROCESS SERVER: _____   Date: 1/27/2023

| Item | Amount |
|---|---|
| Mileage | $42.00 |
| Mileage | $42.00 |
| Mileage | $45.00 |
| Affidavit/Notary | $12.00 |
| Total | $141.00 |

Subscribed and sworn before me on 1/27/2023

*Patricia Ann Mathers*

Patricia Ann Mathers
Notary Public
My Commission Expires
January 5, 2027

Tax ID# 90-0533870

[Notary Seal: PATRICIA ANN MATHERS, Notary Public - State of Arizona, MARICOPA COUNTY, Commission # 640116, Expires January 5, 2027]

# **EXHIBIT B**

# Liddy Legal Support Services

PO Box 2007, Phoenix, AZ 85001
63 E. Pennington St., #102, Tucson, AZ 85702
2700 Woodlands Village Blvd., #300-420, Flagstaff, AZ 86001
Phoenix 602-297-0676, Tucson 520-628-2824, Flagstaff 928-225-7737

Client Matter  5580-4
Account     # 0785
Invoice     # -----------
Liddy       # 423390-1

## IN THE SUPERIOR COURT OF THE STATE OF ARIZONA
## IN AND FOR THE COUNTY OF MARICOPA

**NEXA MORTGAGE,**

Plaintiff(s) / Petitioner(s),

vs

**SMART MORTGAGE CENTERS, INC.,**

Defendant(s) / Respondent(s).

**AFFIDAVIT OF ATTEMPTED SERVICE BY PRIVATE PROCESS SERVER**
Case No. CV2022-016898

STATE OF ILLINOIS
County of **Kane**

On 1//27/2023 I received a Summons; Complaint; Certificate of Compulsory Arbitration; Civil Cover Sheet; and in each instance I personally attempted to serve a copy of each document listed on those named below in the manner at the time and place shown, that all attempts, except where noted were made within the county of Will, State of Illinois.

I ATTEMPTED service upon Smart Mortgage Centers, Inc. c/o Owen Weddell, Statutory Agent at 16151 S. Lincoln Highway, Plainfield, IL 60586 on 2/1/2023 at 12:10PM, no answer at the locked door, no employees here, no cars in the parking lot, I talked with "Kelly" over the ring doorbell outside, who stated Owen was not around to accept the documents today, but stated I should come back on Friday 2/3 at noon and meet him here then, she verified the phone # is 888-416-0920 to this location; on 2/3 at 11:51P - 12:21P, no one here, door is locked, waited 30 minutes and no one has shown up , no cars in the parking lot, I called 888-416-0920 but it keeps saying everyone is busy, tried ring doorbell again and no answer; on 2/7 at 9:39A, no answer at the front door, no cars in the parking lot; on 2/14 at 12:45P, door is still closed/locked, no answer, no cars in the parking lot, no response at the phone #, no contact with anyone since 2/1. I am returning the documents at this time pending further instructions.

**Received from BARRETT & MATURA, PC, ( JEFFREY C. MATURA #019893 )**
PROCESS SERVER:  Steve Rozhon (Lic #117-001119)

The undersigned states: That I am a private process server in the county of Will, State of Illinois. I declare under penalty of perjury that the foregoing is true and correct and was executed on this date.

SIGNATURE OF PROCESS SERVER: _Steve L. Rozhon_    Date: 2-16-23

Subscribed and sworn before me on 2-16-23
_Joan C Harenberg_

Notary Public
My Commission Expires

OFFICIAL SEAL
JOAN C HARENBERG
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES: 04/28/2025

Tax ID# 90-0533870

# **EXHIBIT C**

# CERTIFICATE OF NON SERVICE

| | |
|---|---|
| IN THE SUPERIOR COURT OF THE STATE OF ARIZONA<br>IN AND FOR THE COUNTY OF MARICOPA | Case #: CV2022-016898 |

**Nexa Mortgage LLC**

Plaintiff

vs.

**Smart Mortgage Centers, Inc., et al**

Defendant

The undersigned, being first duly sworn, on oath deposes and says: that s(he) is now and at all the times herein mentioned was a citizen of the United States, over the age of eighteen, not an officer of plaintiff corporation, not a party to nor interested in the above entitled action, and is competent to be witness therein.

Affiant states s(he) attempted to serve **Smart Mortgage Centers, Inc.**, at **2714 Rolling Meadows, Naperville, IL 60565**, with the **Summons; Complaint; Certificate of Compulsory Arbitration; and Civil Cover Sheet** and after due search, careful inquiry and diligent attempts, was unable to effect service for the following reasons:

| Date | Time | Reason |
|---|---|---|
| 02/23/2023 | 10:23 AM | No answer at the front door. A silver Jeep Cherokee AQ 22080 Illinois exp 2023 and a white KIA Sportage A176835 Illinois exp 2023 both parked in the driveway. |
| 02/26/2023 | 09:39 AM | No answer at the front door. The Jeep is gone today. |
| 03/01/2023 | 08:07 AM | No answer at the front door. The Kia is in the driveway. |
| 03/04/2023 | 12:15 PM | No answer at the front door. Definitely avoiding service. |
| 03/08/2023 | 01:59 PM | No answer at the front door again. |

Judicial Attorney Services, Inc.
PO Box 583
Geneva, IL 60134
(630) 221-9007

I declare under penalties of perjury that the information contained herein is true and correct. Executed on 3/9/2023.

_____
Steve Rozhon
Registration No: 117-001119

CLIENT: **Liddy Legal Support Services**        Job #: **517304**
FILE #: **425482-1**

# **EXHIBIT D**

| Free Trial. Enjoy unlimited access for the next 7 days. | Upgrade Today |
|---|---|
| Register for Webinar · Video Guide · Support | |

## JOB
**8511285**  🏃 Rush   📅 3/18/23   5 Attempts            [Archive] [Edit]

| CLIENT | SERVER | Priority | Rush | Edit |
|---|---|---|---|---|
| No Client | ↺ **GREAT LAKES PROFESSIONAL INVESTIGATIONS, LLC**<br>JACOB OSOJNAK<br>630-394-2110 | Status<br>Due | 5 Attempts<br>Mar 18, 2023 | |

## Affidavits                                       [New Affidavit]

No Affidavit

**Recipient**                                        Edit

Recipient:   SMART MORTGAGE CENTERS, INC.

HOME

2714 ROLLING MEADOWS DR ★
NAPERVILLE, IL 60564

## Service Attempts                  [Field Sheet] [New Attempt]

**Service Instructions**                              Edit

**Docs to Be Served**                                 Edit

SUMMONS, COMPLAINT, CERTIFICATE OF COMPULSORY ARBITRATION, CIVIL COVER SHEET

---

⊖ **Unsuccessful Attempt**                                      👁 Server   Share
3/14/23, 10:20 am CDT   Edit
2714 ROLLING MEADOWS DR, NAPERVILLE, IL 60564
↺ GREAT LAKES PROFESSIONAL INVESTIGATIONS, LLC

Called possible defendant phone number 331-643-6447 and left a voicemail.

**Court Case**                                        Edit

| Case | ↺ CV2022-016898 |
|---|---|
| Plaintiff | NEXA MORTGAGE, LLC, AN ARIZONA LIMITED LIABILITY COMPANY |
| Defendant | SMART MORTGAGE CENTERS, INC., AN ILLINOIS FOR-PROFIT CORPORATION; AND WILTON A. PERSON |
| Filed | — |
| Court Date | — |
| Court | IN THE SUPERIOR COURT OF THE STATE OF ARIZONA IN AND FOR THE COUNTY OF MARICOPA |
| Address | |
| County | MARICOPA |

---

⊖ **Unsuccessful Attempt**                                      👁 Server   Share
3/12/23, 7:25 pm CDT   Edit
👤 2714 ROLLING MEADOWS DR, NAPERVILLE, IL 60564
↺ GREAT LAKES PROFESSIONAL INVESTIGATIONS, LLC

No answer at door, no lights on inside. Kia is now parked on the other side of the driveway.

---

⊖ **Unsuccessful Attempt**                                      👁 Server   Share
3/11/23, 9:00 am CST   Edit
👤 2714 ROLLING MEADOWS DR, NAPERVILLE, IL 60564
↺ GREAT LAKES PROFESSIONAL INVESTIGATIONS, LLC

No answer at door, cat inside. Kia appears to be parked in the same spot in the driveway. No signs of recent activity.

[Add Invoice]

| Job Created | Mar 8, 2023 |
|---|---|
| Created By | ↺ GREAT LAKES PROFESSIONAL INVESTIGATIONS, LLC |
| Last Update | Mar 14, 2023 |

---

⊖ **Unsuccessful Attempt**                                      👁 Server   Share
3/9/23, 8:05
Edit
👤 2714 ROLLING MEADOWS DR,
↺ GREAT LAKES PROFESSIONAL INVESTIGATIONS, LLC

| | | |
|---|---|---|
| am CST | NAPERVILLE, IL 60564 | |

View Job in Mobile

Duplicate this Job

No answer at door, cat inside. Kia is parked in the driveway.

⊖ **Unsuccessful Attempt**
3/8/23, 6:45 pm CST   Edit

⚲ 2714 ROLLING MEADOWS DR, NAPERVILLE, IL 60564

⇆ GREAT LAKES PROFESSIONAL INVESTIGATIONS, LLC

👁 Server   Share

Address is a single-family home. No answer at door. Lights on inside, no movement observed. A Kia Sportage is parked in the driveway with plate IL A17 6835.

DC267A0D-FFEA-4574-914D-D0A84305C618.jpeg
DC267A0D-FFEA-4574-91...8.jpeg (61.3 KB)

## Uploads

Upload Files

| | | | | |
|---|---|---|---|---|
| ☁ DC267A0D-FFEA-4574-914D-D0A84305C618.jpeg | | | Attempt | 👁 Server |
| 3/8/23, 7:48 pm | 61.3 KB | Edit | | JACOB OSOJNAK |

## Notes

Add Note

No Notes

## Job Activity

No Recent Activity