# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

| | |
|---|---|
| NEXA MORTGAGE, LLC, an Arizona limited liability company,<br><br>Plaintiff,<br>v.<br><br>SMART MORTGAGE CENTERS, INC., an Illinois for-profit corporation; and WILTON A. PERSON,<br><br>Defendants. | Case No. 2:23-cv-00410-SPL<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF NEXA MORTGAGE, LLC'S MOTION FOR EXTENSION OF TIME TO SERVE DEFENDANT SMART MORTGAGE CENTERS, INC.**<br><br>The Hon. Steven P. Logan |

This Court, having reviewed and considered Plaintiff NEXA Mortgage LLC's ("NEXA") Motion for an Extension of Time to Serve Defendant Smart Mortgage Centers, Inc. [Dkt. ____], and good cause appearing,

**IT IS HEREBY ORDERED GRANTING** the Motion for Extension of Time to Serve Defendant Smart Mortgage Centers, Inc.

**IT IS FURTHER ORDERED** that NEXA shall serve Defendant Smart Mortgage Centers, Inc. on or before April 20, 2023.

DATED _____, 2023.

_____
Honorable Steven P. Logan