Lance R. Broberg (SBN 024103)
Nicholas A. Beatty (SBN 036230)

**TB TIFFANY & BOSCO**
P.A.

SEVENTH FLOOR CAMELBACK ESPLANADE II
2525 EAST CAMELBACK ROAD
PHOENIX, ARIZONA 85016-4237
T: (602) 255-6000 | F: (602) 255-0103
E: lrb@tblaw.com | nab@tblaw.com
*Attorneys for Plaintiff NEXA Mortgage, LLC*

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| NEXA Mortgage, LLC,<br><br>             Plaintiff,<br><br>vs.<br><br>Smart Mortgage Centers, Inc.; and Wilton A. Person,<br><br>             Defendants. | Case No.: 2:23-cv-00410-SPL<br><br>**PLAINTIFF'S APPLICATION FOR WITHDRAWAL AND SUBSTITUTION OF COUNSEL** |

The undersigned counsel, pursuant to LRCiv 83.3(b)(1) of the Rules of Practice of the United States District Court for the District of Arizona, request entry of an order authorizing Lance R. Broberg and Nicholas A. Beatty from the law firm Tiffany & Bosco, P.A., to substitute in for Jeffrey C. Matura and John J. Daller, of the law firm Barrett & Matura, P.C. as counsel of record for Plaintiff NEXA Mortgage, LLC ("NEXA"). Upon entry of an order granting this motion, Mr. Broberg and Mr. Beatty will be counsel of record for Plaintiff and Mr. Matura and Mr. Daller will be relieved from further responsibility in this case, thereby granting his withdrawal as counsel for record. By signing below, counsel certify that Plaintiff, NEXA Mortgage has consented to the substitution of counsel and entry of an order granting this application.

PLAINTIFF'S APPLICATION FOR WITHDRAWALAND SUBSTITUTION OF COUNSEL
- 1 -

Respectfully submitted this 3rd day of April 2023.

| TIFFANY & BOSCO P.A. | BARRET & MATURA, P.C. |
|---|---|
| By: */s/ Lance R. Broberg* <br> Lance R. Broberg <br> Nicholas A. Beatty <br> Seventh Floor Camelback Esplanade II <br> 2525 East Camelback Road <br> Phoenix, Arizona 85016-4237 | By: */s/ Jeffrey C. Matura (w/permission)* <br> Jeffrey C. Matura <br> John J. Daller <br> 8925 E Pima Center Pkwy, Suite 215 <br> Scottsdale, Arizona 85258 |

### CERTIFICATE OF SERVICE

I hereby certify that on April 3, 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all CM/ECF registrants.

By: */s/ Lance R. Broberg*