**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Nexa Mortgage LLC, | No. CV-23-00410-PHX-SPL |
| Plaintiff, | |
| vs. | **ORDER** |
| Smart Mortgage Centers Incorporated, et al., | |
| Defendants. | |

    Before the Court is Defendant Wilton A. Person's Motion to Extend Deadlines (Doc. 20), in which he moves to extend the deadlines to comply with Federal Rule of Civil Procedure ("Rule") 26(a) and (f) until twenty days after the Court's ruling on his Motion to Dismiss (Doc. 4). The Court granted the Motion to Dismiss with leave to amend on June 29, 2023 (Doc. 25), so the Motion to Extend is now moot.

    Regardless, though, the time for a Rule 26(f) conference and Rule 26(a) initial disclosures has not yet come. Rule 26(f)(1) states that "[e]xcept . . . when the court orders otherwise, the parties must confer as soon as practicable—and in any event at least 21 days before a scheduling conference is to be held or a scheduling order is due." Rule 26(a)(1)(C) requires that "[a] party must make the initial disclosures at or within 14 days after the parties' Rule 26(f) conference unless a different time is set by stipulation or court order." This Court's standard Order Setting Rule 16 Case Management Conference[1]

---

[1] https://www.azd.uscourts.gov/sites/default/files/judge-orders/SPL%20Order%20Setting%20Case%20Management%20Conference%20%28prio

will issue in this case at an appropriate time and will set a deadline for a Rule 26(f) conference, which, applying Rule 26(a)(1)(C), will also create a deadline for initial disclosures.

**IT IS THEREFORE ORDERED** that Defendant Wilton A. Person's Motion to Extend Deadlines (Doc. 20) is **denied as moot**.

Dated this 24th day of July, 2023.

Honorable Steven P. Logan
United States District Judge

r%20to%20May%201%202017%29.pdf