Lance R. Broberg
Nicholas A. Beatty
**TIFFANY & BOSCO, PA**
2525 E Camelback Rd., 7th Fl.
Ste. 700
Phoenix, AZ 80516-9239
Tel: (602) 255-0103
lrb@tblaw.com
nab@tblaw.com

Ari Karen
Sharon Samuel Ourien
**MITCHELL SANDLER, LLC**
1120 20th St. NW, Ste. 725
Washington, DC 20036
Tel: (202) 886-5260
akaren@mitchellsandler.com
sourien@mitchellsandler.com

*Attorneys for Plaintiff*
*NEXA Mortgage, LLC*

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ARIZONA**

NEXA MORTGAGE, LLC, an Arizona limited liability company,

Plaintiff,

v.

SMART MORTGAGE CENTERS, INC., an Illinois for-profit corporation; and WILTON A. PERSON,

Defendants.

Case No. 2:23-cv-00410-SPL

**NOTICE OF WITHDRAWAL OF ATTORNEY**

Pursuant to L.R.Civ. 83.3(b) of the Local Rules of Civil Procedure, the undersigned counsel respectfully requests permission to withdraw as attorney of record for Plaintiff NEXA Mortgage, LLC in the instant action. In accordance with L.R.Civ. 83.3(b), NEXA will continue to be represented by Ari Karen, another attorney from the same law firm, Mitchell Sandler LLC,

who has been admitted *pro hac vice* in this matter (*see* July 7, 2023 Text Entry). Plaintiff will also continue to be represented by the law firm Tiffany & Bosco, P.A.

The reason for the request is that the undersigned attorney is leaving the employ of Mitchell Sandler LLC. Another associate from the firm will be filing a *pro hac vice* application shortly.

Dated August 7, 2023.

Respectfully Submitted,

**MITCHELL SANDLER, LLC**

*/s/ Sharon Samuel Ourien*

Sharon Samuel Ourien
*Admitted pro hac vice*
1120 20th St. NW, Ste. 725
Washington, DC 20036
Tel: (202) 886-5260
sourien@mitchellsandler.com

**CERTIFICATE OF SERVICE**

On August 7, 2023, I served a true copy of the foregoing upon all counsel of record, by filing the same with Court's CM/ECF system.

*/s/ Sharon Samuel Ourien*
Sharon Samuel Ourien