Lance R. Broberg (SBN 024103)
Nicholas A. Beatty (SBN 036230)
**TB TIFFANY & BOSCO**
P.A.
SEVENTH FLOOR CAMELBACK ESPLANADE II
2525 EAST CAMELBACK ROAD
PHOENIX, ARIZONA 85016-4237
T: (602) 255-6000 | F: (602) 255-0103
E: lrb@tblaw.com | nab@tblaw.com
*Attorneys for Plaintiff NEXA Mortgage, LLC*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| NEXA Mortgage, LLC,<br><br>    Plaintiff,<br><br>vs.<br><br>Smart Mortgage Centers, Inc,<br><br>    Defendant. | Case No.: 2:23-cv-00410-SPL<br><br>**Notice of Service of NEXA Mortgage, LLC's Initial Discovery** |

NOTICE IS HEREBY GIVEN that on March 11, 2024, NEXA Mortgage, LLC, the Plaintiff, served its *First Set of Interrogatories*, *First Set of Requests for Admission*, and *First Set of Document Requests* on Defendant Smart Mortgage Centers, Inc.

DATED this 11th day of March, 2024.

          **MITCHELL SANDLER, PLLC**

          */s/ Ari Karen*
          Ari Karen (admitted *pro hac vice*)
          Samantha DeRuvo (*pro hac pending*)
          1120 20TH Street NW, Suite 725
          Washington, DC 20036
          Telephone: 202-886-5265
          akaren@mitchellsandler.com

          *Attorneys for Plaintiff*
          *NEXA Mortgage, LLC*

**CERTIFICATE OF SERVICE**

I hereby certify that on March 11, 2024, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following CM/ECF registrant:

Ian D. Quinn (A.Z. Bar No. 024515)
Quinn Law PLLC
2415 East Camelback Road, Suite 700
Phoenix, Arizona 85016
Tel. 602.535.0002
Fax 602.535.0003
iquinn@quinnlawnet.com

***Attorney for Defendant Smart Mortgage Centers, Inc.***

/s/ Ari Karen