Lance R. Broberg (SBN 024103)
Nicholas A. Beatty (SBN 036230)

**TB TIFFANY & BOSCO**
P.A.

SEVENTH FLOOR CAMELBACK ESPLANADE II
2525 EAST CAMELBACK ROAD
PHOENIX, ARIZONA 85016-4237
T: (602) 255-6000 | F: (602) 255-0103
E: lrb@tblaw.com | nab@tblaw.com
*Attorneys for Plaintiff NEXA Mortgage, LLC*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| NEXA Mortgage, LLC,<br><br>    Plaintiff,<br><br>vs.<br><br>Smart Mortgage Centers, Inc.,<br><br>    Defendant. | Case No.: 2:23-cv-00410-SPL<br><br>**STATUS REPORT REGARDING SETTLEMENT** |

Pursuant to the Court's Order entered on February 24, 2025, ECF No. 64, Plaintiff NEXA Mortgage, LLC, ("NEXA") hereby submits this status report regarding its settlement efforts with Defendant Smart Mortgage Centers, Inc. ("Smart").

Since this Court entered its Order granting Smart's former counsel's application for withdrawal as counsel on February 4, 2024, no counsel has entered an appearance on behalf of Smart in this Court and there have been no responses from Smart directly regarding this case. As such, undersigned counsel for NEXA has not conferred with Smart Mortgage concerning this status report. Further, recent settlement discussions before the Magistrate Judge in *Noe et al., v. Smart Mortgage, et al.*, No. 1:21-cv-01668, concluded with no settlement reached as Smart remains unrepresented in that matter as well, in which summary judgment was previously granted

as to liability against Smart.

As Smart has failed to respond to Requests for Admission served by NEXA on February 14, 2025, and discovery is now closed, NEXA intends to file a Motion for Summary Judgment in this matter within the next 7 days.

Dated: March 26, 2025

By: */s/ Ari Karen*
Ari Karen (*pro hac vice*)
Natalie Thomas (*pro hac vice*)
Corinne Bahner (*pro hac vice*)
**MITCHELL SANDLER PLLC**
2020 K Street NW, Suite 760
Washington, DC 20006
Telephone: (202) 886-5265
akaren@mitchellsandler.com
nthomas@mitchellsandler.com
cbahner@mitchellsandler.com

*Attorneys for Plaintiff NEXA Mortgage, LLC*

Lance R. Broberg (SBN 024103)
Nicholas A. Beatty (SBN 036230)

**TB TIFFANY & BOSCO**
P.A.

SEVENTH FLOOR CAMELBACK ESPLANADE II
2525 EAST CAMELBACK ROAD
PHOENIX, ARIZONA 85016-4237
T: (602) 255-6000 | F: (602) 255-0103
E: lrb@tblaw.com | nab@tblaw.com

*Attorneys for Plaintiff NEXA Mortgage, LLC*

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 26, 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all CM/ECF registrants. Further, I will serve a copy of the foregoing via first class mail upon the following:

Smart Mortgage Centers, Inc.
350 Houbolt Road, Suite 205
Joliet, Illinois 60431

                                          */s/ Corinne Bahner*