IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

|  |  |
|---|---|
| Nexa Mortgage LLC, | No.  CV-23-00410-PHX-SPL |
| Plaintiff, | |
| vs. | **ORDER** |
| Smart Mortgage Centers Incorporated, | |
| Defendant. | |

On March 26, 2026, the Court dismissed Plaintiff's complaint with leave to file an amended complaint no later than April 8, 2026. (Doc. 92). To date, Plaintiff has not filed an amended complaint. Accordingly,

**IT IS ORDERED** that this action is **dismissed without prejudice**.

**IT IS FURTHER ORDERED** that the Clerk of Court shall enter judgment and **terminate** this action.

Dated this 27th day of April, 2026.

Honorable Steven P. Logan
United States District Judge