**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Nexa Mortgage LLC, | NO. CV-23-00410-PHX-SPL |
| Plaintiff, | |
| v. | **JUDGMENT OF DISMISSAL IN A CIVIL CASE** |
| Smart Mortgage Centers Incorporated, et al., | |
| Defendants. | |

**Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that pursuant to the Court's order filed April 27, 2026, Plaintiff to take nothing, and the complaint and action are dismissed without prejudice.

Debra D. Lucas
District Court Executive/Clerk of Court

April 27, 2026

By    s/ K. Gray
      Deputy Clerk